■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUBERT ANTHONY RAMOS, Appellant. [646 NYS2d 273] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered July 23, 1991, convicting him of rape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes, 60 NY2d 620)*, we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see, CPL 470.15 [5])*. Sullivan, J. P., Santucci, Joy and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN R. ROMAN, Appellant. [646 NYS2d 273] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 9, 1986 *(People v Roman, 121 AD2d 482)*, affirming a judgment of the Supreme Court, Queens County, rendered September 16, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes, 463 US 745)*. Thompson, J. P., Santucci, Joy and Friedmann, JJ., concur.